**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HAMID BASIL BASHIR,  ) NO. CV 11-1606-CAS (MAN)
              )
     Petitioner,  )
              )
    v.        ) JUDGMENT
              )
TIM BUSBY,       )
              )
     Respondent. )
_____)

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 26, 2012

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE